# WILLIAM J. HUNT & ASSOCIATES
## COUNSELLORS AT LAW

155 Polifly Road - Suite 200
Hackensack, New Jersey 07601-1724

Telephone (201) 457-9200
Telecopier (201) 996-1669

**William J. Hunt**
*Email: WilliamHuntLaw@outlook.com*


July 7, 2014


Hon. Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg U.S.P.O. and Cthse.
Room 305
P.O. Box 999
Newark, New Jersey 07101-0999


        Re:    <u>United States v. Reyes-Villatorro…Jose Garcia</u>
                Case No.: 2-13-CR-00615-SRC-6

Your Honor,

      The undersigned was appointed to represent defendant Jose Garcia in this case on or about September 19, 2013.

      I withdraw my representation of defendant Jose Garcia effective immediately.


                                                               Respectfully,


                                                              William J. Hunt
                                                              CJA Counsel


cc:    All Counsel via ECF
        Jose Garcia


WJH/dl