FRANKLIN MEJIA - J2013-20092
ESSEX COUNTY CORRECTIONAL FACILITY
354 Doremus Avenue
Newark, NJ 07105

Friday, October 31, 2014

ATTN: Hon. Stanley R. Chesler, Judge
TO: UNITED STATES DISTRICT COURT
    DISTRICT OF NEW JERSEY
    50 WALNUT STREET
    Newark, NJ 07101

**In Regards to:** UNITED STATES OF AMERICA v. FRANKLIN MEJIA- CN#13-615

**Regarding:** ATTORNEY REMOVAL PETITION

Hon. Judge, Chesler;

I'm taking this opportunity to address a matter affecting me with the courts appointed Attorney, Mr. Gary Mizzone. Unfortunately, at this present moment I don't feel comfortable to continue being represented By Mr. Mizzone, and being so, I am hereby petitioning this court who appointed him to remove Mr. Mizzone and re-appoint new counsel for the following reason(s):

1- Mr. Mizzone lacks communication skills. In the approximately One (1) year that he has had the case, Mr. Mizzone has merely visited me twice (2). And in those visits, Mr. Mizzone has pressured me by stating that "there's no other solution for me other than to be a snitch against my co-defendants in order to receive a better plea" or " go to Trial which would result being sent away for many many years".

2- Mr. Mizzone doesn't show that interest of a defense attorney as the other attorneys show with the other co-defendants in my case. Mr. Mizzone in fact, fails to even discuss any propose motions that are believe to assist on my behalf. He even took a month and half **after** a propose plea from the U.S. ATTORNEY OFFICE was present to come to discuss the matter.

3- I feel Mr. Mizzone does not have the best interest on my behalf as a defense attorney and being so, I don't feel comfortable continuing having him as my defense attorney nor would I feel comfortable having Mr. Mizzone as my attorney if I would opt to go to trial.

4- For and On the Records, I presently have a conflict of Interest with Mr. Gary Mizzone, and being so, I believe that the failure of this court to disregard the removal of Mr. Gary Mizzone as my defense attorney would be prejudice towards the outcome of my defense.

I thank you in advance for your attention and assistance on the above presented matter.

Respectfully Submitted

*Franklin Mejia*
Franklin Mejia- J201320092

cc: Mr. Gary Mizzone, Attorney
245 Paterson Avenue
Little Falls, NJ 07424

cc: Custodian of Records
(Family Member)

FRANKLIN MESIA
5201320092
ESSEX COUNTY CORR. FACILITY
354 DOREMUS AVENUE
Newark, NJ 07105

Legal Mail —
07102359599

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 NOV 5 AM 11 16

ATTN: Hon. Stanley R. Chesler, Judge
To: UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT STREET
Newark, NJ 07101

Legal Mail —