

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*J. Jamari Buxton*  *970 Broad Street, Suite 700*  *Direct Dial: (973) 297-2023*
*Assistant United States Attorney*  *Newark, New Jersey 07102*  *Facsimile: (973) 645-3497*

June 23, 2015

**By ECF**

Hon. Stanley R. Chesler
United States District Judge
U.S. Post Office & Federal Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:    <u>United States v. Santos Reyes-Villatoro, et al.</u>;
            Crim. No. 13-615 (SRC)

Dear Judge Chesler:

     The government writes on behalf of all the parties in the above-referenced case to request an adjournment of the status conference currently scheduled for Tuesday, June 30, 2015.

     The primary purpose of the status conference is to update the Court and counsel on the progress of the death penalty review proceedings in the case. The Capital Case Section in Washington, D.C. recently advised that a final decision regarding whether or not to seek the death penalty against the capital-eligible defendants has not yet been reached. Based on its discussion with the Capital Case Section, the government estimates that it will likely receive a final decision from the Attorney General by the end of August 2015.

     In order to avoid any undue waste of judicial resources, the parties respectfully request that the Court adjourn the upcoming status conference to a date in early September 2015. By this point, the Attorney General will have made a final decision regarding the capital-eligible defendants, and the government will be better able to update the Court and counsel on the status of the case. I have received consent from all counsel on the case to the adjournment request.

- 2 -

Please let me know if either you or the Court has any questions.

                                         Respectfully submitted,

By:   /s/ J. Jamari Buxton
       J. JAMARI BUXTON
       JAMES M. DONNELLY
       Assistant U.S. Attorneys